United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

SIMONTACCHI,

          Defendant.

Case No. 21-cr-00260-WHO-1

**ORDER DENYING MOTION
FOR EARLY TERMINATION**

Defendant Stephanie Simontacchi seeks early termination of her supervised release term. Probation does not oppose early termination: Ms. Simontacchi has performed well on the supervision, which is to her credit.  That notwithstanding, the government, having heard from two victims who are against early termination because of her breach of trust in committing the underlying crimes and her failure to make much progress in making restitution, opposes the motion.

Ms. Simontacchi's crimes—bank fraud, embezzlement of credit union funds, and tax evasion—demonstrate a serious lack of integrity and breach of trust.  The amount of restitution I ordered ($783,435.06) is largely unpaid.  Those two factors lead me to the conclusion that the interests of justice are best served by Ms. Simontacchi completing her sentence as I issued it. After consideration of the relevant sentencing factors under 18 U.S.C. 3553(a), I DENY Ms. Simontacchi's motion.

**IT IS SO ORDERED.**

Dated: December 23, 2025

William H. Orrick
United States District Judge